IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES LIVINGSTON                                                                    PETITIONER
*ADC #098807*

V.                              CASE NO. 4:23-cv-00611-JTK

DEXTER PAYNE                                                                          RESPONDENT
*Director, ADC*

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus be DISMISSED with prejudice.

SO ORDERED this 24th day of April, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE